UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ALLSTATE PROPERTY & CASUALTY INSURANCE
COMPANY, ALLSTATE FIRE & CASUALTY
INSURANCE COMPANY, and ALLSTATE VEHICLE
& PROPERTY INSURANCE COMPANY,

Index No.: 18-CV-3972(SJF)(GRB)

STIPULATION

        Plaintiffs,

- against -

DAVID R. PAYNE, M.D., PATCHOGUE OPEN MRI,
P.C., MAIN STREET MEDICAL IMAGING, P.C.,
SOUTHWEST MEDICAL IMAGING, P.C.,
ANTHONY DEGRADI, PB & GOOSE LLC,
MAIN STREET MEDICAL MANAGEMENT INC,
PATCHOGUE OPEN MRI, L.L.C., and
JAVS VENTURES, INC.,
        Defendants.
-----------------------------------------------------------------X

  **IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for plaintiff and counsel for defendants, DAVID R. PAYNE, M.D., SOUTHWEST MEDICAL IMAGING, P.C., ANTHONY DEGRADI, PB & GOOSE LLC, MAIN STREET MEDICAL MANAGEMENT INC, and JAVS VENTURES, INC., time to appear, answer or otherwise move is extended through and including September 26, 2018.

  Facsimile or electronic signatures may be used, and this stipulation may be signed in counterparts.

Date: August 28, 2018

**SMITH & BRINK**
*Attorneys for plaintiff*
1325 Franklin Avenue, Suite 320
Garden City, New York 11530

By: _____
  Michael Whitcher

**RUBIN & LICATESI, P.C.**
*Attorneys for defendants David R. Payne M.D. and Southwest Medical Imaging, P.C.*
591 Stewart Avenue, 4th Floor
Garden City, NY 11530

By: _____
  Anthony Licatesi

MZ/D299814/FL2954

| | |
|---|---|
| **PINCZEWSKI & SHPELFOGEL, P.C.** | **HARFENIST KRAUT & PERLSTEIN** |
| *Attorneys for defendants Anthony Degradi, PB & Goose LLC and Main Street Medical Management Inc.* | *Attorneys for defendant Javs Ventures, Inc.* |
| 2753 Coney Island Avenue | 3000 Marcus Avenue, Ste 2E1 |
| Brooklyn, NY 11235 | Lake Success, New York 11042 |
| By: _____ | By: *S/ Steven J. Harfenist* |
|     Benjamin Pinczewski |     Steven J. Harfenist |

MZ/D299814/FL2954

| | |
|---|---|
| **PINCZEWSKI & SHPELFOGEL, P.C.** | **HARFENIST KRAUT & PERLSTEIN** |
| *Attorneys for defendants Anthony Degradi, PB & Goose LLC and Main Street Medical Management Inc.* | *Attorneys for defendant Javs Ventures, Inc.* |
| 2753 Coney Island Avenue | 3000 Marcus Avenue, Ste 2E1 |
| Brooklyn, NY 11235 | Lake Success, New York 11042 |

By: /s/ Benjamin Pinczewski

By: *S/ Steven J. Harfenist*
Steven J. Harfenist

MZ/D299814/FL2954