Case 2:18-cv-03972-SJF-GRB Document 39 Filed 11/08/18 Page 1 of 1 PageID #: 324

ATTORNEY MICHAEL W. WHITCHER
*ADMITTED IN MASSACHUSETTS, MICHIGAN, AND NEW YORK*
MWHITCHER@SMITHBRINK.COM



SMITH & BRINK, P.C.
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
WWW.SMITHBRINK.COM

**BRAINTREE**
350 GRANITE STREET
SUITE 2303
BRAINTREE, MA 02184
TEL: (617) 770-2214
FAX: (617) 774-1714

November 8, 2018

The motion is granted to the extent that the initial conference scheduled for 11/13/18 is cancelled, and the case is closed with leave to re-open on 10 days notice no later than 1/2/19. So Ordered

s/ Sandra J. Feuerstein
Sandra J. Feuerstein, U.S.D.J.
11/9/2018

**VIA ECF ONLY**
The Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Courtroom 1010
Central Islip, NY 11722

RE: Allstate Insurance Company, et al. v. David R. Payne, M.D., et al.
Civil Action No.: 2:18-cv-03972-SJF-GRB (E.D.N.Y.)

Dear Judge Feuerstein:

My firm represents Plaintiffs Allstate Insurance Company and its affiliates ("Allstate") in connection with this mater. On behalf of all parties, Allstate respectfully requests an adjournment of the initial conference scheduled for November 13, 2018. This request is made in accordance with §1.D of Your Honor's Individual Motion Practices and Rules. The basis of this request is explained below.

Allstate is pleased to report that the parties have reached agreements to fully resolve this matter. The parties are presently working to finalize and execute their settlement agreements. In light of the parties' agreements, Allstate respectfully requests that the November 13, 2018 initial conference be adjourned and cancelled. Allstate also requests that the parties be given additional time until November 16, 2018 to finalize their settlement agreements and to file stipulations of dismissal with the Court.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 09 2018 ★
LONG ISLAND OFFICE

Respectfully submitted,

*/s/ Michael W. Whitcher*

Michael W. Whitcher (MW7455)

cc: All parties (via ECF filing only)